385 A.2d 976

**Inell and Eddie DUMAS, Appellees,**

v.

**BOARD OF FINANCE AND REVENUE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 11, 1978.

Decided May 15, 1978.

Robert P. Kane, Atty. Gen., Donald J. Murphy, Linda S. Lichtman, Deputy Attys. Gen., Linda M. Gunn, Asst. Atty. Gen., for appellant.

Community Legal Services, Jonathan M. Stein, Philadelphia, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.

MANDERINO, J., did not participate in the consideration or decision of this case.